UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                              Case No. 11-12264

DAVID BARNES

    Defendant.
                                                    /

**ORDER TERMINATING DEFENDANT'S "REQUEST FOR HEARING ON REQUEST FOR WRIT OF GARNISHMENT . . ." AND OVERRULING OBJECTION TO GARNISHMENT**

      Pending before the court is Defendant David Barnes's request for hearing and claim for exemptions. A hearing was held on September 14, 2011. Accordingly, for the reasons stated on the record,

      IT IS ORDERED that Defendant's "Request for Hearing on Request for Writ of Garnishment . . ." [Dkt. # 13] is TERMINATED.

      IT IS FURTHER ORDERED that Defendant's objection to garnishment is OVERRULED.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: September 22, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 22, 2011, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522